

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of N.G.J., a Child

No. 06-14-00083-CV

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 80639). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render judgment denying termination of D.J.J.'s parental rights to N.G.J.

We further order that the appellee, S.G., pay all costs of this appeal.

RENDERED MARCH 26, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk